# ABSTRACT OF JUDGMENT
## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Bobby M. Collins<br>100 W Cash Street<br>Iowa Park, Texas 76367<br><br>Bobby M. Collins<br>11 Joy Court<br>Wichita Falls, Texas 76308 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Disgorgement:<br>$568,925.00<br><br>Plus Post Judgment Interest:<br>$4,309.16<br><br>Civil Penalty:<br>$160,000.00<br><br>Plus Post Judgment Interest | Nancy Ellen Tyler<br>Assistant Chief Litigation Counsel<br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, NE, Mail Stop 5631<br>Washington, DC 20549-5631 | Civil Action Number:<br>3:15-CV-03620-D<br><br>Judgment Entry Date:<br>11/12/2015<br><br>Docket Number: 7 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

_____Northern_____ DISTRICT OF _____Texas_____

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

CITY (DATE) _Dallas August 31_, 2016

CLERK OF COURT _____, Clerk.

By _Yolanda K Pace_, Deputy Clerk.